| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
**ENTERED**
October 27, 2020
David J. Bradley, Clerk

Keping Xie, M.D., PhD, §
    Plaintiff, §
§
v. §    Civil Action H-19-5014
§
University of Texas M.D. Anderson §
Cancer Center, University of Texas §
at Houston Police Department, §
Charles Dunn, Richard Gonzalez, §
Steve Haydon, and Vicki King, §
    Defendants. §

## Order of Adoption

On October 8, 2020, Magistrate Judge Peter Bray filed a report and recommendation (36) recommending that the court grant Defendants' motion to dismiss. No objections were filed. The court adopts the report and recommendation as its memorandum and opinion.

Signed October 27, 2020, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge